UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Maria Bolanos, et al.

                                      Plaintiff,

v.                                                                     Case No.: 1:15−cv−04511
                                                                       Honorable Sara L. Ellis

Premier Cleaning Group, Inc., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 21, 2015:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 7/21/2015. Discovery schedule: 26(a) disclosures due by 8/11/2015; written discovery to issue no earlier than 9/30/2015; fact discovery closes on 1/29/2016. Parties report that settlement is ongoing. Defendants Soldra Cleaning Services, Inc. and Szcepan Soldra's agreed motion for extension of time to answer or otherwise plead by 8/3/2015 [19] is granted. Pursuant to Notice of Voluntary Dismissal [14] Marla Grundhoefer and Midwest Maintenance Group, Inc. terminated without prejudice. Status hearing set for 1/20/2016 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.