UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Maria Bolanos, et al.
          Plaintiff,

v.                Case No.: 1:15−cv−04511
                Honorable Sidney I. Schenkier

Premier Cleaning Group, Inc., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 20, 2016:

  MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The Court finds the settlement to be fair and reasonable. The parties report that they are in the process of finalizing their written settlement agreement. By agreement, the case is hereby dismissed without prejudice and with each side to bear its own attorneys' fees and costs, and with leave to seek reinstatement by 3/15/17 solely for the purpose of enforcing the settlement agreement. If the case has not been reinstated by 3/15/17, or there is no motion for reinstatement pending as of that date, then the dismissal will be with prejudice as of 3/16/17. Civil case terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.